UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   24-60204-CR-DAMIAN/VALLE

UNITED STATES OF AMERICA

vs.

ANTHONY FREDERICK BRILLANTE II,

    Defendant.
_____/

**JOINT STATUS REPORT ON COMPETENCY**

    The United States of America and the defendant, through his counsel Daniel L. Rashbaum, hereby file this Joint Status Report on Competency in compliance with this Court's Order of May 22, 2025 (DE 45).

    1.    The Defendant has returned to the Southern District of Florida, is presently being housed at the Broward County main jail, and is available to attend forthcoming hearings.

    2.    The government will stipulate to the report finding the defendant to be competent to stand trial.

    3.    Mr. Rashbaum does not see a basis at this time to challenge the finding of competency as set forth in the report.  However, because of other matters (including cases outside of the district), and because Mr. Brillante first returned to the district last Friday, Mr. Rashbaum has not been able to consult with the defendant regarding this issue.  He anticipates having the opportunity to do so on or by Wednesday, June 4, 2025.

4. The undersigned has consulted with Mr. Rashbaum and is authorized to make the representations set forth herein.

Respectfully submitted,

HAYDEN P. O'BYRNE
United States Attorney

By: /s/ *Deric Zacca*
Deric Zacca
Assistant United States Attorney
Fla. Bar. No. 0151378
U.S. Attorney's Office
500 East Broward Boulevard, 7th Floor
Fort Lauderdale, Florida 33394
Telephone: (954) 660-5789
Email: deric.zacca@usdoj.gov

By: /s/ *Lawrence D. LaVecchio*
Lawrence D. LaVecchio
Assistant United States Attorney
Fla. Bar. No. 0305405
U.S. Attorney's Office
500 East Broward Boulevard, 7th Floor
Fort Lauderdale, Florida 33394
Telephone: (954) 660-5788
Email: Lawrence.Lavecchio@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 30, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern District of Florida by using the CM/ECF system.

By: /s/ *Lawrence D. LaVecchio*
Lawrence D. LaVecchio
Assistant United States Attorney

2